IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY FAILS,

        Plaintiff,

v.                                CASE NO. 4:08cv573-SPM/WCS

OLIVIA P. KLEIN, et al.,

        Defendants.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated April 9, 2009 (doc. 13).  Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

      1.      The magistrate judge's report and recommendation (doc.13) is ADOPTED and incorporated by reference in this order.

      2.      This case is dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

      3.      All pending motions are denied.

      4.      The clerk shall note on the docket that this case was dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

     DONE AND ORDERED this 12th day of May, 2009.


_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

CASE NO. 4:08cv573-SPM/WCS