IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY FAILS,

    Plaintiff,

v.                                         CASE NO. 4:08cv573-SPM/WCS

OLIVIA P. KLEIN, et al.,

    Defendants.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS CAUSE comes before the Court on Plaintiff Anthony Fails' Motion for Reconsideration. Doc. 16. Upon review, the Court stands by its previous determination to adopt the magistrate judge's report and recommendation. Accordingly, it is

ORDERED AND ADJUDGED: the Motion for Reconsideration (doc. 16) is denied.

DONE AND ORDERED this 25th day of January, 2010.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           Chief United States District Judge